TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. WARREN REALTY COMPANY, INC., and Others, Defendants; JOHN B. PIERCE FOUNDATION, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

MARIE AUGUSTA BAUMGARTEN, Appellant, v. LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, as Temporary Administrator, etc., of LOUISA HERLE, Deceased, Respondent.— Judgment entered upon order dismissing plaintiff's complaint at the close of the plaintiff's case in an action for services claimed to have been performed by the plaintiff for the defendant's intestate reversed on the law, and a new trial granted, with costs, payable out of the estate, to the appellant to abide the event. In our opinion there were questions of fact that should have been submitted to the jury. (*Kraus* v. *Birnbaum*, 200 N. Y. 130.) There was proof of an offer of employment and of performance of the duties prescribed in the offer. From this the jury might infer an acceptance of the offer. Under such circumstances, the law presumes a promise to pay the reasonable value by the person benefited. (*Leahy* v. *Campbell*, 70 App. Div. 127; *McKeon* v. *Van Slyck*, 223 N. Y. 392.) The entries in the books of account belonging to the defendant's intestate, which were made by the plaintiff, are competent to show the nature of the services performed. However, such books were not sufficiently identified as being the account books of the defendant's intestate, but such proof may be furnished upon another trial. Lazansky, P. J., Carswell, Davis, Adel and Close, JJ., concur.

ANTHONY BENETTY, Respondent, v. BROOKLYN BUS CORPORATION, Appellant.— In an action to recover damages for personal injuries, by the plaintiff, who was struck by defendant's bus while crossing the street, the plaintiff had a verdict. On this appeal no question is raised as to negligence, contributory negligence or the amount of the verdict; but questions of law only are submitted in respect to the admission and exclusion of certain evidence and alleged error in the charge, which questions are without merit. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

ABRAHAM BERGMAN, Appellant, and ARTHUR ROSENSTEIN, Plaintiff, v. ISIDORE EAGER and Others, Defendants; JOSEPH RASCH, Attorney, Respondent.— Plaintiff Bergman appeals from so much of an order substituting attorneys as fixes the compensation of the former attorney at fifteen per cent of all moneys to be received by Bergman by way of suit, settlement or otherwise. Order, in so far as an appeal is taken therefrom, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.